TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00160-CV

Joseph Rome, Appellant

v.

Eugene Burden, et al, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. GN002469, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Appellant Joseph Rome has requested this Court dismiss his appeal without prejudice. 
Accordingly, we dismiss the appeal. Tex. R. App. P. 42.1(a)(2). 

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

File: June 29, 2001

Do Not Publish